# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**TERRIO SANCHEZ WILLIAMS,**                                  **PLAINTIFF**
**ADC #168369**

**v.**                    **CASE NO. 5:19-CV-00253-BSM**

**DEXTER PAYNE, Director,**                                **DEFENDANT**
**Arkansas Division of Correction**

## ORDER

Having reviewed the entire record *de novo*, United States Magistrate Judge J. Thomas Ray's recommended disposition [Doc. No. 22] is adopted and Terrio Williams's petition is dismissed with prejudice. A certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(1)-(2); Rule 11(a), Rules Governing § 2254 Cases in United States District Courts.

IT IS SO ORDERED this 25th day of May, 2021.

                                                                     _____
                                                                     UNITED STATES DISTRICT JUDGE