IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TERRIO SANCHEZ WILLIAMS,**                                    **PLAINTIFF**
ADC #168369

v.                  **CASE NO. 5:19-CV-00253-BSM**

**DEXTER PAYNE, Director,**                                    **DEFENDANT**
Arkansas Division of Correction

## **JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 25th day of May, 2021.

                                                                  _____
                                                                  UNITED STATES DISTRICT JUDGE